The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW STODOLA and LYNDSEY STODOLA, on behalf of their minor child, V.S., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BELLINGHAM and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 2:24-cv-00004-TL <br><br> STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR STAY <br><br> Noted for Consideration: <br> December 19, 2024 |

### JOINT STIPULATION

The parties stipulate and agree to a brief stay or extension of all dates in order to facilitate efforts to resolve this case for any time after June 20, 2025. All parties have reached an agreement to settle this matter. Because one of the plaintiffs is a minor, Plaintiffs are in the process of seeking appointment of a settlement guardian ad litem through Washington State court and then the state court's approval of the settlement. Assuming approval is granted, the parties intend to file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR STAY
[Case No. 2:24-cv-00004-TL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Plaintiffs' counsel has informed that parties that the SGAL appointment and court approval process could take between three to six months.  In light of that, the parties request that the case be stayed for six months so Plaintiffs may finalize the state court approval process.  As all issues have been resolved and the parties intend to dismiss with prejudice and without costs or fees to any party, there are no claims or defenses left to litigate.  There is good cause for a stay, which will preserve the Court's and the parties' resources.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).  Thus the parties stipulate to this motion and respectfully request that the Court strike all deadlines and stay the matter until June 20, 2025.

DATED this 19th day of December, 2024.

//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR STAY
[Case No. 2:24-cv-00004-TL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | BRETT MCCANDLIS BROWN & CONNER |
| *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:     206-553-4073<br>Email:   nickolas.bohl@usdoj.gov | *s/ Scott Kirk*<br>SCOTT KIRK, WSBA #51115<br>200 West Chestnut Street<br>Bellingham, WA 98225<br>Phone: 360-714-0900<br>Fax:    866-437-0623<br>Email: skirk@brettlaw.com<br><br>*Attorney for Plaintiffs* |
| *Attorneys for United States of America* | CITY OF BELLINGHAM |
| *I certify that this memorandum contains 228 words, in compliance with the Local Civil Rules.* | *s/ Michael E. Good*<br>MICHAEL E. GOOD, WSBA #44857<br>210 Lottie Street<br>Bellingham, WA 98225<br>Phone: 360-778-8270<br>Fax:    360-778-8271<br>Email: megood@cob.org<br><br>*Attorney for City of Bellingham* |

**[PROPOSED] ORDER**

It is so **ORDERED**.

DATED this 19th day of December, 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR STAY
[Case No. 2:24-cv-00004-TL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970